IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BARRIER,

    Plaintiff,

  v.

MICHELLE PRINCE, ET AL.,

    Defendants.

No. C 09-80155 JSW

**ORDER RE PRE-FILING REVIEW**

      This Court is under an obligation to pre-review the complaint filed by Paul Barrier. On December 1, 1998, in *Barrier v. Benninger, et al.*, C-98-0650-CAL, Plaintiff was declared a vexatious litigant because he had filed multiple cases against the same defendants in that case asserting the same claims. Therefore, before filing any more actions of a similar nature, Plaintiff must seek leave of court. The Court has reviewed the allegations set forth in the instant complaint and concludes that they are unrelated to the claims asserted in *Barrier v. Benninger, et al.*, C-98-0650-CAL. Accordingly, Plaintiff shall be permitted to file this complaint.

    **IT IS SO ORDERED.**

Dated: July 30, 2009

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
                                                GENERAL DUTY

*United States District Court*
*For the Northern District of California*